IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| St. James-Columbus Medrealty, LLC, and Columbus Medical Building Holdings, LLC, | : : : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | |
| v. | : : | |
| American Casualty Company of Reading Pennsylvania | : : : | |
| Defendants | : | |

## NOTICE OF REMOVAL

Defendant American Casualty Company of Reading, Pennsylvania (hereinafter "Defendant"), by and through its attorneys, Thomas, Thomas & Hafer, with this Notice of Removal (hereinafter "Notice"), hereby removes the instant action from the Superior Court of New Jersey, Law Division: County of Essex, Case No.: ESX-L-2245-25 to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1332, and in support thereof states as follows:

1. Plaintiffs, St. James-Columbus Medrealty, LLC and Columbus Medical Building Holdings, LLC (hereinafter, "Plaintiffs"), commenced the above-referenced action by filing a Complaint (hereinafter, "Complaint") in the Superior Court of New Jersey, Camden Division on or about March 21, 2025 in which he named American Casualty Company and CNA Financial Corporation as named defendants. (A true and correct copy of Plaintiffs' Complaint is attached hereto as Exhibit "A.")

2. On March 31, 2025, the Plaintiffs filed an Amended Complaint. (A true and correct copy of Plaintiffs' Amended Complaint is attached hereto as Exhibit "B.")

3. Plaintiffs did not serve the initial Complaint on Defendant.

4. On or about October 1, 2025, Plaintiffs finally effectuated service by serving Defendant with a copy of the First Amended Complaint.

5. By Stipulation filed with the court on October 20, 2025 Plaintiffs agreed to dismiss CNA Financial Corporation from the litigation. A copy of the parties' Stipulation filed in the state court litigation is attached as Exhibit "C".

6. The Amended Complaint, Plaintiffs allege that, on or about July 10, 2019, the insured property sustained a failure to a certain emergency generator, resulting in certain losses and forcing extra cost and expense to continue hospital operations at the insured property. *See* Exhibit "B," ¶9, 11-13.

7. The Plaintiffs claim alleged damages related to the generator failure exceed the threshold for federal court jurisdiction based on some of the documents they submitted to American during the claim. *See* Exhibit "D."

## NOTICE TIMELY FILED

8. This Notice is timely because it is filed within thirty (30) days of Removing Defendant's receipt of a "pleading, motion, order or other paper from which it may first be ascertained" that the action is removable. 28 U.S.C §1446(b).

9. Furthermore, this Notice is timely because it is filed within one (1) year of the inception of the matter. 28 U.S.C §1446(c)(1).

10. Pursuant to 28 U.S.C §1446(b), Removing Defendant's deadline for removal is October 31, 2025, and this Notice is timely filed.

## CITIZENSHIP OF PARTIES

11. At all times relevant herein, including both the time of the Incident and the time

of the filing of the instant Notice, Plaintiff St. James-Columbus Medrealty, LLC was and is a corporation organized and with its principal place of business in the state of New Jersey. *See* Ex. "B.".

12. At all times relevant herein, including both the time of the Incident and the time of the filing of the instant Notice, Plaintiff Columbus Medical Building Holdings, LLC was and is a company organized in the State of Delaware with its principal place of business in New Jersey. *See* Ex. "B."

13. A corporation "shall be deemed to be a citizen of every State [in] which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. §1332(c)(1).

14. At all times relevant herein, including both the time of the Incident and the time of the filing of the instant Notice, Defendant is incorporated in Pennsylvania with its principal place of business in Illinois.

15. Given the foregoing, complete diversity exists between Plaintiffs (New Jersey & Delaware) and Removing Defendant (Pennsylvania & Illinois), satisfying the requirements of 28 U.S.C. §1332(a)(1).

## AMOUNT IN CONTROVERSY

16. The amount in controversy in the instant matter is above $75,000.00.

17. The damages sought by Plaintiffs totals $472,162. This amount satisfies the amount in controversy requirement of 28 U.S.C. §1332(a).

## CONCLUSION

18. For the reasons set forth above this action is properly removed to this Honorable Court by the Removing Defendant pursuant to 28 U.S.C. § 1332.

19. Removal to this Honorable Court is proper insofar as this case was initially brought

in a state court within the geographical area of the District of New Jersey.  28 U.S.C. §1441(a).

20. Defendant has given written notice of the filing of this Notice pursuant to 28 U.S.C. §1446(d), by filing this Notice with the Superior Court of New Jersey, County of Camden, and by giving written notice to Plaintiff.

21. All pleadings, process, orders and other filings in the State Court action are attached to this Notice as required by 28 U.S.C. §1441(a).

**WHEREFORE**, Defendant, American Casualty Co. of Reading, Pennsylvania, by and through its attorneys, Thomas, Thomas & Hafer, via this Notice of Removal, hereby removes the instant action from the Superior Court of New Jersey, Law Division: County of Essex, Case No.: ESX-L-2245-25 to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1332.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

BY:_____
C. SCOTT RYBNY, ESQUIRE
NJ Attorney ID No. 301372019
124 South Main Street, Suite 200
Ambler, PA 19002
(267) 866-7549
srybny@tthlaw.com
Counsel for Defendants

Date:  October 20, 2025