IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| St. James-Columbus Medrealty, LLC, and Columbus Medical Building Holdings, LLC, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 2:25-cv-16754 |
| v. | : : | |
| American Casualty Company of Reading, Pennsylvania | : : | |
| Defendants | : | |

**MOTION OF AMERICAN CASUALTY COMPANY OF READING, PENNNSYLVANIA TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)**

PLEASE TAKE NOTICE that on February 6, 2026 at 9:00 A.M. or as soon thereafter as counsel may be heard, American Casualty Company of Reading, Pennsylvania ("American Casualty"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court, at the Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07102, to dismiss the Plaintiffs' claims against it with prejudice for failing to initiate this litigation prior to the expiration of the Policy's three (3) year suit-limitation provision. The legal grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein.

Dated: January 11, 2026 Respectfully submitted,

        THOMAS, THOMAS & HAFER, LLP

BY:_____
    C. SCOTT RYBNY, ESQUIRE
    NJ Attorney ID No. 301372019
    124 South Main Street, Suite 200
    Ambler, PA 19002
    (267) 866-7549
    srybny@tthlaw.com
    Counsel for Defendant